# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

FERRELL BYERS                                                                 PLAINTIFF

v.                                      No. 3:24-cv-216-DPM

CLAY COUNTY SHERIFF and CLAY
COUNTY, ARKANSAS                                                          DEFENDANTS

## JUDGMENT

Byers's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 February 2026